**THIS ORDER IS APPROVED.**

Dated: December 08, 2009



_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-27687/2000065752

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Alexander William Garcia and Ann Jennifer Garcia<br>        Debtors.<br>_____<br>Deutsche Bank Trust Company Americas, as Trustee and Custodian for EquiFirst Mortgage Loan Trust 2005-1 by: Saxon Mortgage Services Inc. as its attorney-in-fact<br>        Movant,<br>    vs.<br>Alexander William Garcia and Ann Jennifer Garcia, Debtors, Trudy Nowak, Trustee.<br>        Respondents. | No. 4:09-bk-24847-JMM<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #11) |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated January 6, 2005 and recorded in the office of the Pima County Recorder wherein Deutsche Bank Trust Company Americas, as Trustee and Custodian for EquiFirst Mortgage Loan Trust 2005-1 by: Saxon Mortgage Services Inc. as its attorney-in-fact is the current beneficiary and Alexander William Garcia and Ann Jennifer Garcia have an interest in, further described as:

> Lot 225, of HARTMAN VISTAS, according to the Plat of Record in the Office of the County Recorder of Pima County, Arizona, Recorded in Book 55 of Maps, Page 42.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

                                                                                 _____
                                                                                 JUDGE OF THE U.S. BANKRUPTCY COURT